JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. HENNESSY,<br><br>          Plaintiff,<br><br>     vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, a corporation; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. 2:17-cv-265-JFW-AJWx<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br><br><br>Complaint Filed:   October 4, 2016 |

## <u>ORDER</u>

Pursuant to the stipulation of the parties, this matter is hereby dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii).   Each party shall bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  <u>March 23, 2017</u>                    _____

                                   HON. JOHN F. WALTER

                                   UNITED STATES DISTRICT JUDGE